RECEIVED

DEC 22 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **HOLLY WOITKIELEWICZ** ) | |
| ) | |
| **Plaintiff** ) | **Case Number: 3:10-cv-04435** ( MLC ) |
| ) | |
| **vs.** ) | |
| ) | **CIVIL ACTION** |
| **WEST ASSET MANAGEMENT, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Holly Woitkielewicz, pursuant to Rule

41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action

captioned above, with prejudice.

BY:  /s/  Bruce K. Warren
     Bruce K. Warren, Esquire
     Attorney for Plaintiff
     Attorney I.D. #89677
     Warren & Vullings, LLP
     1603 Rhawn Street
     Philadelphia, PA  19111
     215-745-9800

**SO ORDERED:** *Mary L. Cooper*
**MARY L. COOPER, U.S.D.J.**

Dated: December 22, 2010